No. 89–260.   IDAHO v. WRIGHT.   Sup. Ct. Idaho.   [Certiorari granted, ante, p. 1041.]   Motion of respondent for leave to proceed further herein in forma pauperis granted.   Motion for appointment of counsel granted, and it is ordered that Rolf M.

Kehne, Esq., of Boise, Idaho, be appointed to serve as counsel for respondent in this case.